In the Matter of the Claim of EDWIN W. DURLACHER, Appellant, against GREAT ATLANTIC & PACIFIC TEA COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued March 11, 1955; decided April 21, 1955.

*Abraham Markhoff* for appellant.

*Robert N. Van Benthuysen* and *John J. Duggan* for Great Atlantic & Pacific Tea Company and another, respondents.

Order affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.